IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Docket No.: 2:22-CR-139 |
| | ) |
| | ) |
| vs. | ) |
| | **)** |
| | **)** |
| TYRONE LEONARD COX | ) |
| _____ | ) |

_____

## REQUEST FOR DETENTION HEARING

Comes now the Defendant, by and through undersigned counsel, to move this Court to schedule a Detention Hearing in the above-styled matter. We respectfully request this Honorable Court to schedule said Detention Hearing in the above-styled matter during the week of March 14, 2022.

                      URICCHIO, HOWE, KRELL, JACOBSON,
                      TOPOREK & KEITH, P.A.

                      S/ Alan D. Toporek
                      ALAN D. TOPOREK (Fed. ID #4127)

                      S/ Barry Krell
                      BARRY KRELL (Fed ID #2398
                      17 1/2 Broad Street, Post Office Box 399
                      Charleston, South Carolina 29402
                      ATTORNEYS FOR DEFENDANT,
                      TYRONE LEONARD COX

Charleston, South Carolina
March 7, 2022