IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 2:22-cr-00139-BHH |
| Plaintiff, | ) |
| vs. | ) |
| FREDRICK WENDELL MCCRAY, a/k/a "Dub," | ) |
| TYRONE COX, a/k/a "T-Player," | ) |
| LAJUSTIN WILLIAMS, a/k/a "Smurf," | ) |
| TYRONE PETERSON, a/k/a "Pete," | ) |
| TERRELL KURT MYERS, a/k/a "Relly Boy," a/k/a "Nut," | ) |
| TYRONE WILSON, a/k/a "Mooch," | ) |
| KEVIN WILLIAM DUKES, a/k/a "KD," | ) |
| DEMETRIC GANTT, a/k/a "Meech," | ) |
| KENNETH ROGER BROWN, a/k/a "Kenny G," a/k/a "Three," | ) |
| CORNELIUS WALKER, a/k/a "Lil Black," | ) |
| KENDRICK SMALLS, a/k/a "Ken Lo," | ) |
| Defendants | ) |

## GOVERNMENT'S SECOND BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

The United States provides the following Second Bill of Particulars regarding

1

property alleged in the Indictment filed February 22, 2022, as also being subject to forfeiture to the United States.

NOTICE IS HEREBY GIVEN that upon conviction of the above Defendants for one or more felony violations of 18 U.S.C. § 922 and 924; and 21 U.S.C. §§ 841 and 846 charged in the Indictment filed February 22, 2022, the United States intends to seek the forfeiture of any and all property, real or personal, involved in, constituting, derived from, or traceable to the offense(s) of conviction, pursuant to 18 U.S.C § 924(d)(1), 21 U.S.C. §§ 853 and 881; and 28 U.S.C. § 2461(c). Such property includes, but is not limited to, the following:

    A. <u>United States Currency</u>:

        (1) $2,785.00 in United States Currency
            Seized from Tyrone Wilson on 2/24/22
            Asset ID: 22-FBI-002189

        (2) $2,092.00 in United States Currency
            Seized from Lajustin Williams on 2/24/22
            Asset ID: 22-FBI-002184

        (3) $458.00 in United States Currency
            Seized from Kevin Dukes on 2/24/22
            Asset ID: 22-FBI-002143

        (4) $440.00 in United States Currency
            Seized from Fredrick McCray on 2/24/22
            Asset ID: 22-FBI-002138

        (5) $20,697.00 in United States Currency
            Seized from Tyrone Cox on 2/24/22
            Asset ID: 22-FBI-002128

    B. <u>Jewelry:</u>

        (1) Miscellaneous Jewelry

Seized from Terrell Myers on 2/24/22
    Asset ID: 22-FBI-002254

  (2) Miscellaneous Jewelry
    Seized from Lajustin Williams on 2/24/22
    Asset ID: 22-FBI-002255

C. <u>Firearms</u>

  (1) Glock GMBH 19 Pistol
    CAL: 9mm    S/N: BBWC919
    Seized from Kendrick Smalls on 9/15/21
    Asset ID: 21-ATF-032968

  (2) Unknown Machine Gun
    Seized from Kendrick Smalls on 9/15/21
    Asset ID: 21-ATF-032970

  (3) Glock GMBH 26 Pistol
    CAL: 9mm    S/N: BTSR380
    Seized from Cornelius Walker III on 10/13/21
    Asset ID: 22-ATF-003582

  (4) Unknown Machine Gun
    Seized from Cornelius Walker III on 10/13/21
    Asset ID: 22-ATF-003587

  (5) Taurus PT92AFS Pistol
    CAL: 9mm    S/N: TDP27363
    Seized from Fredrick McCray Jr. on 2/24/22
    Asset ID: 22-ATF-014874

  (6) Taurus 856 Revolver
    CAL: 38    S/N: ABD443862
    Seized from Frederick McCray Jr. on 2/24/22
    Asset ID: 22-ATF-014879

  (7) Taurus PT111 G3 Pistol
    CAL: 9mm    S/N: AAM153692
    Seized from Terrell Myers on 2/24/22
    Asset ID: 22-ATF-014888

  (8) SCCY Industries, LLC. (SKYY IND) CPX-1 Pistol
    CAL: 9mm    S/N: 834888

Seized from Demetric Gantt
    Asset ID: 22-ATF-014955

(9) Glock GMBH 19 Pistol
    CAL: 9mm    S/N: BVHB658
    Seized from Clayton Thomas Jr. on 2/24/22
    Asset ID: 22-ATF-015006

(10) Ruger EC9S Pistol
    CAL: 9mm    S/N: 453-85547
    Seized from Tyrone Cox on 2/24/22
    Asset ID: 22-ATF-015023

(11) Taurus G2C Pistol
    CAL: 9mm    S/N: TMU99361
    Seized from Tyrone Cox on 2/24/22
    Asset ID: 22-ATF-015029

(12) Charter Arms Undercover Revolver
    CAL: 38    S/N: 21L02626
    Seized from Lajustin Williams on 2/24/22
    Asset ID: 22-ATF-015046

(13) SCCY Industries, LLC (SKYY IND) CPX-2 Pistol
    CAL: 9mm    S/N: 880267
    Seized from Kevin Dukes on 2/24/22
    Asset ID: 22-ATF-015076

(14) Ruger Ruger 57 Pistol
    CAL: 57    S/N: 641-37440
    Seized from Fredrick McCray on 10/20/20
    Asset ID: 22-ATF-021269

D. <u>Ammunition</u>

(1) 16 Rounds Assorted Ammunition
    CAL: 9mm
    Seized from Kendrick Smalls on 9/15/21
    Asset ID: 21-ATF-032972

(2) 16 Rounds Assorted Ammunition
    CAL: 9mm
    Seized from Cornelius Walker III on 10/13/21
    Asset ID: 22-ATF-003589

(3) 7 Rounds Assorted Ammunition
   CAL: Multi
   Seized from Fredrick McCray Jr. on 2/24/22
   Asset ID: 22-ATF-014877

(4) 6 Rounds Hornady Ammunition
   CAL: 38
   Seized from Frederick McCray Jr. on 2/24/22
   Asset ID: 22-ATF-014881

(5) 19 Rounds Hornady Ammunition
   CAL: 38
   Seized from Frederick McCray Jr. on 2/24/22
   Asset ID: 22-ATF-014883

(6) 12 Rounds Federal Ammunition
   Cal: 9mm
   Seized from Terrell Myers on 2/24/22
   Asset ID: 22-ATF-014892

(7) 10 Rounds Federal Ammunition
   CAL: 9mm
   Seized from Demetric Gantt
   Asset ID: 22-ATF-014971

(8) 7 Rounds Hornady Ammunition
   CAL: 9mm
   Seized from Tyrone Cox on 2/24/22
   Asset ID: 22-ATF-015031

(9) 20 Rounds Winchester-Western Ammunition
   CAL: 40
   Seized from Tyrone Cox on 2/24/22
   Asset ID: 22-ATF-015034

(10) 5 Rounds Star Ammunition
   CAL: 38
   Seized from Lajustin Williams on 2/24/22
   Asset ID: 22-ATF-015054

(11) 12 Rounds Assorted Ammunition
   CAL: 38
   Seized from Lajustin Williams on 2/24/22

      Asset ID: 22-ATF-015056

(12) 10 Rounds Assorted Ammunition
    CAL: 9mm
    Seized from Kevin Dukes on 2/24/22
    Asset ID: 22-ATF-015084

(13) 17 Rounds FN (FNH) Ammunition
    CAL: 57
    Seized from Fredrick McCray on 10/20/20
    Asset ID: 22-ATF-021271

        Respectfully submitted,

        COREY F. ELLIS
        UNITED STATES ATTORNEY

BY:   *s/Carrie Fisher Sherard*
        Carrie Fisher Sherard (#10134)
        Assistant United States Attorney
        United States Attorney's Office
        55 Beattie Place, Suite 700
        Greenville, South Carolina 29601
        Telephone: (864) 282-2111

April 22, 2022