IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

# NOTICE
PRE-TRIAL CONFERENCE
PLEA HEARING
JURY SELECTION



## FOR THE HONORABLE BRUCE H. HENDRICKS
## UNITED STATES DISTRICT JUDGE

### NOTICE OF PRE-TRIAL CONFERENCE

**PLEASE TAKE NOTICE** that the following cases are scheduled for Pre-trial Conference in the J. Waties Waring Judicial Center, 83 Meeting Street, Charleston, South Carolina, **Courtroom 2**, on:

## WEDNESDAY, JUNE 29, 2022 at 10:00A.M.

DEFENDANTS WHO ARE IN CUSTODY SHALL APPEAR BY VIDEO. DEFENDANTS ON BOND SHALL APPEAR IN PERSON UNLESS A WAIVER OF APPEARANCE IS FILED. ALL ATTORNEYS SHALL APPEAR IN PERSON. EACH ATTORNEY IS REQUIRED TO CONFER WITH THE UNITED STATES ATTORNEY'S OFFICE AND REVIEW THE DISCOVERY MATERIAL BEFORE THE PRE-TRIAL CONFERENCE.

### NOTICE OF CHANGE OF PLEA HEARING

**PLEASE TAKE NOTICE** that **PLEAS** are scheduled for **10:30 AM, Wednesday, June 29, 2022** following the Pretrial Conferences.

# NOTICE OF JURY SELECTION

**PLEASE TAKE NOTICE** that all cases in which a guilty plea is not entered are scheduled for JURY SELECTION in the J. Waties Waring Judicial Center, 83 Meeting Street, Charleston, South Carolina, **Courtroom 2**, on:

## Monday, July 11, 2022 at 9:00A.M.

The Jury List is available 7 days before jury selection. Pursuant to Local Civil Rule 47.02, the Court will submit written interrogatories to the jury venire, which are available for review in the Greenville Clerk's Office 7 days before jury selection. Copies of the juror's responses will be available for purchase.

**\*\*ALL ATTORNEYS ARE ADVISED TO REVIEW JUDGE HENDRICKS' ATTACHED STANDING ORDER IN CRIMINAL MATTERS**.
Attorneys representing criminal defendants must notify your clients of all hearings.
The Clerk's Office will mail notification of all hearings to sureties.

**\*\*ALL ATTORNEYS ARE REQUIRED TO USE THE ELECTRONIC COURTROOM PRESENTATION SYSTEM FOR TRIAL**.
If your case goes to trial and you have not participated in electronic courtroom training, please contact Virginia Druce (843-579-1407) regarding use of the electronic system. Training will not be conducted the morning of trial or the day prior to trial.

*PLEASE CONTACT   Virginia Druce* (843.579.1407):
(1) immediately if your client is on bond and arrested in another venue;
(2) if any motion filed with the court is resolved prior to the Pretrial;
(3) for all questions regarding criminal cases;

At the direction of the Court
ROBIN L. BLUME, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| 2:19-1031-1 | Cornell Jermaine Wigfall<br>Custody | Jamie Schoen, AUSA<br>Grady Query, RET<br>Alexander Tesoriero, RET |
| 2:21-115-5 | Terry Tyrone Pollard<br>Custody | Emily Limehouse, AUSA<br>Cameron Marshall, CJA |
| 2:21-148-1 | John Yurkovich, Jr.<br>Bond | Emily Limehouse, AUSA<br>Rose Parham, RET |
| 2:21-154-1 | Samer Refaat Selwanes<br>Bond | Dean Secor, AUSA<br>Chris Adams, RET |
| 2:21-323-1 | Dwayne Gerald Wigfall<br>Custody | Sean Kittrell, AUSA<br>Lauren Williams, CJA |
| 2:21-323-2 | Steven Brian Leap<br>Custody | Sean Kittrell, AUSA<br>Thaddeus Doughty, CJA |
| 2:21-419 | Jonathan Reece Scarborough<br>Custody | Dean Secor, AUSA<br>Charles Cochran, AFPD |
| 2:21-611-1 | Dexter Lawrence<br>Custody | Katherine Orville, AUSA<br>William Brown, CJA |
| 2:21-613-1 | William L. Rivers<br>Bond | Sean Kittrell, AUSA<br>Charles Cochran, AFPD |
| 2:21-681-1 | Cameron Dyer<br>Custody | Dean Secor, AUSA<br>Cody Groeber, AFPD |
| 2:21-712-1 | Errol Garfield Durrant<br>Custody | Amy Bower, AUSA<br>Charles Cochran, AFPD |
| 2:21-712-2 | Tyrell Harris<br>Custody | Amy Bower, AUSA<br>Greg Galvin, CJA |
| 2:21-854-1 | Denzel JermaineWashington<br>Custody | Sean Kittrell, AUSA<br>Cody Groeber, AFPD |
| 2:21-867-1 | Vonti Rashad Simmons<br>Bond | Kristen Bales, AUSA<br>Alicia Penn, AFPD |
| 2:22-30-1 | Franklin Leon Lichwa<br>Bond | Dean Secor, AUSA<br>Cody Groeber, AFPD |

| | | |
|---|---|---|
| 2:22-31-1 | Brandon Lazarus Pelphrey | Dean Secor, AUSA |
| | Custody | Cody Groeber, AFPD |
| 2:22-32-1 | Alonzo Markell Jenkins | Carra Henderson, AUSA |
| | Custody | Ann Walsh, AFPD |
| 2:22-139-1 | Fredrick Wendell McCray | Allessandra Stewart, AUSA |
| | Custody | Abigail Walsh, CJA |
| 2:22-139-2 | Tyrone Cox | Allessandra Stewart, AUSA |
| | Custody | Alan Toporek, RET |
| 2:22-139-3 | LaJustin Williams | Allessandra Stewart, AUSA |
| | Custody | David Aylor, RET |
| 2:22-139-4 | Tyrone Peterson | Allessandra Stewart, AUSA |
| | | Thad Doughty, AFPD |
| 2:22-139-5 | Terrell Kurt Myers | Allessandra Stewart, AUSA |
| | Custody | Alexander Tesoriero, RET |
| | | Grady Query, RET |
| 2:22-139-6 | Tyrone Wilson | Allessandra Stewart, AUSA |
| | Custody | James May, RET |
| 2:22-139-7 | Kevin William Dukes | Allessandra Stewart, AUSA |
| | Custody | Naki Richardson-Bax, CJA |
| 2:22-139-8 | Demetric Gantt | Allessandra Stewart, AUSA |
| | Custody | Wells Dickson, CJA |
| 2:22-139-9 | Kenneth Roger Brown | Allessandra Stewart, AUSA |
| | Custody | Culver Kidd, RET |
| 2:22-139-11 | Cornelius Walker | Allessandra Stweart, AUSA |
| | Custody | Frank Cornely, CJA |
| 2:22-139-12 | Kendrick Smalls | Allessandro Stewart, AUSA |
| | Custody | Marco Torres, CJA |
| 2:22-256-1 | Warren Lamar Forrest | Christopher Lietzow, AUSA |
| | Custody | Richard Buchanan, CJA |

| | | |
|---|---|---|
| 2:22-276-1 | Ty'Qwane Antonio Dix<br>Custody | Dean Secor, AUSA<br>Alicia Penn, AFPD , |
| 2:22-292-1 | Hasib Muqsit-Rivers<br>Custody | Elle Klein/Jane Taylor, AUSA<br>Ann Walsh, AFPD |
| 2:22-293-1 | Felicia Lyles<br>Custody | Katherine Orville, AUSA<br>Alicia Penn, AFPD |
| 2:22-40-1 | Edgar Ricardo Martinez-Vasquez<br>Custody | Amy Bower, AUSA<br>Alicia Penn, AFPD |
| 9:21-498-1 | Jamal Akeem Roberts<br>Custody | Carra Henderson, AUSA<br>Cody Groeber, AFPD |
| 9:21-504-1 | Tyrone Evan Lewis Grayson<br>Custody | Carra Henderson, AUSA<br>Charles Cochran, AFPD |
| 9:21-853-1 | Edwin Carl Hamilton<br>Bond | Carra Henderson, AUSA<br>Charles Cochran, AFPD |
| 9:21-853-2 | Cruz J. Romero-Romero<br>Custody *Interpreter | Carra Henderson, AUSA<br>Tracy Brown, CJA |
| 9:22-393 | Zachary N. Manley<br>Bond | Katherine Orville, AUSA<br>William N. Nettles |